UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

RANDY ANNY and
BARBARA FALGOUST ANNY

CRIMINAL ACTION

NO. 15-122-JJB-EWD

## RULING

This matter is before the Court on Motion to Issue Rule 17(c) Subpoena (Doc 61) filed by the defendant, Randy Anny. On May 25, 2016, the Court issued a Notice (Doc. 75) requesting additional briefing regarding the scope of the subpoena and the purported relevance of the materials requested. The defendant filed a supplemental memorandum (Doc. 80), the United States of America ("the Government") filed a response (Doc. 83), and the defendant filed a reply brief (Doc. 86).

After considering all of the briefs related to the instant motion, the defendant's Motion to Issue Rule 17(c) Subpoena (Doc. 61) is **DENIED**. If the Government intends to offer any other information, testimonial or otherwise, that could relate to the BP Claim File and has not yet been disclosed to the defendants, the Court may order it to be produced at that time.

Signed in Baton Rouge, Louisiana, on July 6, 2016.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1